IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHELLE PROVINCE,

        Plaintiff,

        v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

3:11-CV-00059-MA

ORDER FOR EAJA FEES

Based upon the stipulation of the parties, the Court orders that attorney fees in the amount of $5,457.32, shall be awarded to Plaintiff, Michelle Province, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

    IT IS SO ORDERED.

    DATED this __30__ day of April, 2012.

                                  *Malcolm F. Marsh*
                                  Malcolm F. Marsh
                                  United States District Judge

1 - ORDER FOR EAJA FEES