IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHELLE PROVINCE,                               3:11-CV-00059-MA

    Plaintiff,                              ORDER FOR EAJA FEES

    v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

    Defendant.

Based upon the stipulation of the parties, the Court orders that attorney fees in the amount of $5,457.32, shall be awarded to Plaintiff, Michelle Province, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

IT IS SO ORDERED.

DATED this __30__ day of April, 2012.

                              /s/ Malcolm F. Marsh
                              Malcolm F. Marsh
                              United States District Judge

1 - ORDER FOR EAJA FEES